(October 8, 1986)

█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TIMOTHY A. ASKEW, Petitioner, v NEW YORK STATE BOARD OF PAROLE, Respondent. Mahoney, P. J., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.